1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                                   EASTERN DISTRICT OF CALIFORNIA

10

11   SHAHPOR GHOBADI,                              1:09-cv-532 BAK-SMS  (HC)

12              Petitioner,
                                                   ORDER DENYING MOTION FOR
13        vs.                                      APPOINTMENT OF COUNSEL

14   STATE OF CALIFORNIA,
                                                   (Doc. 5)
15              Respondent.

16   _____/

17         Petitioner has requested the appointment of counsel.  There currently exists no absolute

18   right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

19   479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

20   cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

21   of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

22   Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of

23   justice require the appointment of counsel at the present time.  Accordingly, IT IS HEREBY

24   ORDERED that Petitioner's request for appointment of counsel (Doc. 5) is DENIED.

25   IT IS SO ORDERED.

26   **Dated:    April 27, 2009                          /s/ Sandra M. Snyder**
                                                   UNITED STATES MAGISTRATE JUDGE
27

28