IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHPOR GHOBADI, | No. C 09-02459 CW (PR) |
|     Petitioner, | ORDER DENYING SECOND MOTION FOR APPOINTMENT OF COUNSEL |
|   v. | |
| STATE OF CALIFORNIA, | |
|     Respondent. | |

    Before the Court is Petitioner's second motion for appointment of counsel to represent him in this action.  The Court previously denied Petitioner's first request for appointment of counsel.  For the same reasons, Petitioner's second request for appointment of counsel is DENIED.

    This Order terminates Docket no. 18.

    IT IS SO ORDERED.

Dated: 3/1/2011

                                                                      CLAUDIA WILKEN
                                                                     UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SHAHPOR GHOBADI,

        Plaintiff,

v.

STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV09-02459 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shahpor Ghobadi F-18677
CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY (5242)
P.O. BOX 5242
CORCORAN, CA 93212-5242

Dated: March 1, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2